Rodney L. LINCOLN, Movant–Appellant,

v.

STATE of Missouri, Respondent.

No. 54378.

Missouri Court of Appeals, Eastern District, Division One.

July 26, 1988.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 31, 1988.

Mary C. McWilliams, Asst. Public Defender, St. Louis, for movant-appellant.

William L. Webster, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM.

Movant, Rodney Lee Lincoln, appeals from the denial of his Rule 27.26 motion

without an evidentiary hearing. Affirmed.
Rule 84.16(b).